OPINION — AG — ** BANKING — STOCK — OWNERSHIP ** (1) HOUSE BILL NO. 1123, 6 O.S. 502 [6-502], AS IT PERTAINS TO MULTI BANK HOLD COMPANIES, DOES NOT, ON ITS FACE, VIOLATE ARTICLE IX, SECTION 41 . WHETHER THE ACTIVITIES OF A PARTICULAR MULTI-BANKING COMPANY ARE SUCH THAT IT IS " BANK OR BANKING COMPANY " AS THOSE TERMS ARE USED IN ARTICLE IX, SECTION 41 IS A QUESTION OF FACT. (2) THE PRIMARY RESTRICTION ON MULTI-BANK HOLDING COMPANIES IS ARTICLE IX, SECTION 41 . OTHER RESTRICTIONS INCLUDE THE " BANK HOLDING COMPANY SECTION ", 6 O.S. 502 [6-502] ; THE BANK HOLDING COMPANY ACT OF 1956, 12 U.S.C.A. 1841 ET AL., AS AMENDED, AND REGULATIONS RELATED THERETO; THE SHERMAN ANTI TRUST ACT, 15 U.S.C.A. 1 — 15 U.S.C.A. 7 ; AND THE CLAYTON ANTI TRUST ACT, 15 U.S.C.A. 12 — 15 U.S.C.A. 27 . MOREOVER,12 U.S.C.A. 1846 OF THE FEDERAL BANK HOLDING COMPANY ACT OF 1956, SPECIFICALLY RECOGNIZES A STATE'S RIGHT TO CONTROL BANK HOLDING COMPANIES. (BANK SHARES, CONTROLLED, SUBSIDIARY, REGULATIONS, TRUST COMPANY) CITE:12 U.S.C.A. 1841, 12 U.S.C.A. 1846, OPINION NO. 83-100, 6 O.S. 502 [6-502](B) (GEORGE R. BARR JR.)